IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JERRY M. MANFREDO,

      Appellant,

 v.

Case No.  5D22-766
LT Case Nos. 2017-CF-24-A
               2017-CF-519-A

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed May 17, 2022

3.800 Appeal from the Circuit Court
for Citrus County,
Richard A. Howard, Judge.

Jerry M. Manfredo, Monticello, pro se.

No Appearance for Appellee.


PER CURIAM.

     AFFIRMED.


EVANDER, EDWARDS and NARDELLA, JJ., concur.